No. 76–1397. Kansas City v. Darby. Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Mr. Justice White dissents and would set case for oral argument.

No. 76–1454. Pearson v. Oklahoma. Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1447. Murray et al. v. Wagle. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mt. Healthy City School District Board of Education* v. *Doyle,* 429 U. S. 274 (1977). Mr. Justice Marshall and Mr. Justice Stevens would deny certiorari.

No. A–936. Hirsch, Regional Director, National Labor Relations Board v. Caulfield et al. D. C. E. D. Pa. Motion of respondents to vacate stay heretofore granted by Mr. Justice Brennan on May 19, 1977, denied.

No. A–981 (76–1081). Mitchell et al. v. United States, *ante,* p. 933. Application for suspension of effect of order denying certiorari, presented to The Chief Justice, and by him referred to the Court, denied. Mr. Justice Rehnquist took no part in the consideration or decision of this application.

No. D–96. In re Disbarment of Hoffmann. Disbarment entered. [For earlier order, see 430 U. S. 926.]

No. D–99. In re Disbarment of Cook. Disbarment entered. [For earlier order, see 430 U. S. 962.]